UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DARRELL DOUGLAS              ]
    Plaintiff,               ]
                             ]
v.                           ]     No. 1:11-0027
                             ]     Judge Campbell
TENNESSEE DEPARTMENT OF      ]
CORRECTION, et al.           ]
    Defendants.              ]

**M E M O R A N D U M**

The plaintiff, proceeding *pro se*, is an inmate at the South Central Correctional Center in Clifton, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against the Tennessee Department of Correction; Corrections Corporation of America; and the South Central Correctional Center; seeking unspecified relief.

On February 17, 2011, the plaintiff was stabbed by another inmate. He now alleges that the defendants should "be held responsible for injuries, pain and suffering, neglect, and failure to protect."

The plaintiff can not sue the defendants solely because of their status as employers, supervisors or chief executive officers. 42 U.S.C. § 1983 will not support a claim posed on a respondeat superior theory of liability. Polk County v. Dodson, 454 U.S. 312, 325 (1981). Where there is no allegation of participation, either directly or indirectly, by an employer in an allegedly wrongful

act, the complaint fails to state a cause of action upon which relief can be granted. *See* <u>Dunn v. Tennessee</u>, 697 F.2d 121, 128 (6th Cir.1982), *cert. denied*, 460 U.S. 1086 (1983).

In this case, there has been no showing that the defendants, in their capacity as employers of the prison staff, were in any way responsible, either directly or indirectly, for the attack upon the plaintiff. Consequently, this action is subject to dismissal because the plaintiff has failed to state a claim against the defendants upon which relief can be granted. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

                               _____
                               Todd Campbell
                               United States District Judge